# United States District Court
### Northern District of Florida

UNITED STATES OF AMERICA

v.

William Sweck
Crestview, Florida

**CRIMINAL COMPLAINT**

CASE NUMBER: 3: 05 mj 120

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 21, 2005, in the Northern District of Florida, the defendant did:

knowingly and intentionally possess with intent to distribute more than 500 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841; and

knowingly use and carry a firearm during and in relation to a drug trafficking crime and did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance and possession with intent to distribute a controlled substance, as described above, in violation of Title 18, United States Code, Section 924(c)(1).

I further state that I am an Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based upon the following facts: (See attached affidavit)

Continued on the attached sheet and made a part hereof:    x Yes    No

Signature of Complainant
N. Kelly Newsom, ATF Agent

Sworn to before me and subscribed to in my presence on July **19th**, 2005 at Pensacola, FL.

Signature of Judicial Officer
MILES DAVIS
U.S. MAGISTRATE JUDGE

FILED      7/18/05
(Date)
NORTHERN D.S........ FLORIDA
US MAGISTRATE JUDGE (initials)